# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHI BRIONES,<br><br>Plaintiffs,<br><br>v.<br><br>DR. AVROM, et al.,<br><br>Defendants. | Case No. 2:24-cv-01743-GMN-NJK<br><br>**Order** |

On August 22, 2025, the parties engaged in an inmate early mediation conference, during which a settlement was reached. Docket No. 20. A stipulation of dismissal and proposed order was due by September 22, 2025. *Id.* To date, the parties have not filed the stipulation of dismissal and proposed order. *See* Docket.

Accordingly, the parties are **ORDERED** to file the stipulation of dismissal and proposed order by October 9, 2025.

IT IS SO ORDERED.

Dated: September 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1