UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richi Briones,<br><br>            Plaintiff,<br><br>v.<br><br>Dr. Avrom, et al.,<br><br>            Defendant. | Case No. 2:24-cv-01743-GMN-NJK<br><br>**Order**<br><br>[Docket No. 24] |

Pending before the Court is Plaintiff's status report requesting an extension of time to file a stipulation of dismissal.[1]  Docket No. 24.

On August 22, 2025, the parties engaged in an inmate early mediation conference, during which a settlement was reached.  Docket No. 20.  A stipulation of dismissal and proposed order was due by September 22, 2025.  *Id.*  On September 25, 2025, the Court ordered the parties to file the stipulation of dismissal and proposed order by October 9, 2025.  Docket No. 23.  In the instant filing, Plaintiff requests an extension of time to file a stipulation of dismissal and proposed order by October 24, 2025.  Docket No. 24.

Federal Rule of Civil Procedure 6(b)(1) authorizes the Court to grant an extension of time for good cause shown.  *See also* Local Rule 26-3.  The good cause standard is "non-rigorous" and "has been construed broadly across procedural and statutory contexts."  *Ahanchian*, 624 F.3d at 1259 (collecting cases).  Therefore, "requests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'"  *Id.* (quoting *Wright & Miller's Federal Practice & Procedure* § 1165 (3d ed. 2004)).

---

[1] Local Rule IA 6-1 provides that requests for extension of time be made through a motion or stipulation which states the reasons for the extension requested and informs the court of all previous extensions of the subject deadline the court granted.  The instant filing fails to comply with this rule.  Docket No. 24; *see* LR IA 6-1.

1

In the instant motion, Plaintiff submits that he anticipates party-in-interest Nevada Department of Corrections will fulfill the terms of the settlement agreement in the near future. Docket No. 24 at 2.

Accordingly, the Court **EXTENDS** the deadline to file the stipulation of dismissal and proposed order to October 24, 2025.

IT IS SO ORDERED.

Dated: October 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge