UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Richi O. Briones,<br><br>       Plaintiff,<br><br>    v.<br><br>Dr. Avram, *et al.*,<br><br>       Defendants. | Case No. 2:24-cv-01743-GMN-NJK<br><br>**ORDER GRANTING**<br>**Stipulation to Extend Time to Complete Terms of Settlement Agreement and Dismiss** |

The parties provide this joint status report to the Court regarding execution of the settlement agreement and stipulate to extend the time to file a stipulation and order of dismissal by 2 additional weeks. As noted in Plaintiff Richi Briones's last status report, the prison has withdrawn money for the new television but as of October 23, 2025, Mr. Briones confirmed by telephone that he has still not received the television but expects it soon (the store where he would pick up the new television is not open everyday). Counsel for Party-in-Interest NDOC has also reached out to the relevant department at the prison for an updated property sheet for Mr. Briones to confirm receipt of the new television. Accordingly the parties have jointly agreed to allow up to two more weeks to confirm receipt of this television and to file the stipulation and order of dismissal before or by November 7, 2025.

IT IS SO ORDERED:

Dated: October 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2