# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Richi Briones,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Dr. Avram, et al.,<br><br>　　　　Defendant. | Case No. 2:24-cv-01743-GMN-NJK<br><br>**Order**<br><br>[Docket No. 30] |

Pending before the Court is the parties' stipulation and joint status report requesting an extension of time to file a stipulation of dismissal. Docket No. 30.

On August 22, 2025, the parties engaged in an inmate early mediation conference, during which a settlement was reached. Docket No. 20. A stipulation of dismissal and proposed order were due by September 22, 2025. *Id.* On September 25, 2025, the Court ordered the parties to file the stipulation of dismissal and proposed order by October 9, 2025. Docket No. 23. Plaintiff requested an extension of time to file a stipulation of dismissal and proposed order by October 24, 2025. Docket No. 24. The Court granted that request and extended the deadline to October 24, 2025. Docket No. 25. On October 24, 2025, the parties filed a stipulation requesting a two-week extension. Docket No. 26. The Court granted the stipulation and extended the deadline to November 7, 2025. Docket No. 27. In the instant stipulation, the parties request an additional ninety days to file the stipulation of dismissal and proposed order. Docket No. 30.

Federal Rule of Civil Procedure 6(b)(1) authorizes the Court to grant an extension of time for good cause shown. *See also* Local Rule 26-3. The good cause standard is "non-rigorous" and "has been construed broadly across procedural and statutory contexts." *Ahanchian*, 624 F.3d at 1259 (collecting cases). Therefore, "requests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of bad faith on the part of the

1

party seeking relief or prejudice to the adverse party.'" *Id.* (quoting *Wright & Miller's Federal Practice & Procedure* § 1165 (3d ed. 2004)).

In the instant stipulation, the parties submit that Defendants have complied with some terms of the agreement; however, additional time is needed for Plaintiff's new television to arrive. *See* Docket No. 30 at 2. Further, the parties submit that they will file a stipulation of dismissal and proposed order as soon as Plaintiff's receipt of the new television can be confirmed. *See id.* at 3

Accordingly, the Court **EXTENDS** the deadline to file the stipulation of dismissal and proposed order to February 5, 2026.

IT IS SO ORDERED.

Dated: November 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge