AARON D. FORD
  Attorney General
JAMIE S. HENDRICKSON (Bar No. 12770)
  Senior Deputy Attorney General
State of Nevada
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
(775) 684-1234 (phone)
(775) 684-1108 (fax)
Email: jhendrickson@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHI BRIONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. AVROM, *et al.*,<br><br>　　　　Defendants. | Case No. 2:24-cv-01743-GMN-NJK<br><br>**ORDER DISMISSING CASE<br>WITH PREJUDICE** |

　　　　Plaintiff, Richi Briones, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 25th day of November 2025.　　　　DATED this 25th day of November 2025.
RENE L. VALADARES　　　　　　　　　　　　AARON D. FORD
Federal Public Defender　　　　　　　　　　　　Attorney General

By: /s/ *Ryan Norwood*　　　　　　　　　　　　By: /s/ *Jamie S. Hendrickson*
Ryan Norwood (Pennsylvania Bar No. 332919)　　Jamie S. Hendrickson (Bar No. 12770)
Deputy Federal Public Defender　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this __26__ day of November 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court

Page 1 of 1